IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MISSOURI

In Re:                                              )
                                                    )
LINDA WINNELL PAULEY,                               )    Case No. 08-41918-jwv7
                                                    )
                       Debtor.                      )

## MOTION TO TRANSFER FUNDS TO COURT REGISTRY

COMES NOW Gary D. Barnes, Trustee in bankruptcy for Linda Winnell Pauley (the "Trustee"), by and through his Counsel, and files this Motion to Transfer Funds to Court Registry.  In support thereof the Trustee states:

1. Gary D. Barnes is the duly acting and qualified Trustee of this bankruptcy estate.

2. The Trustee filed his Notice and Summary of the Trustee's Final Report on June 8, 2010, and served the same upon all parties of interest.  An Objection deadline for responses was set for June 29, 2010, and on June 30, 2010, the Court entered its Order approving the Trustee's Final Report and authorizing distribution in this case.

3. Dividend checks were cut on July 6, 2010, and forwarded to claimants.

4. The dividend sent to Claimant, ECast Settlement Corporation (Claim #10-1), in the amount of $387.51, was never cashed and the Trustee stopped payment on this stale check.

5. There remains cash in the bankruptcy estate's account of $387.51.

WHEREFORE, the Trustee moves the Court for an Order to transfer the funds held in the bankruptcy estate's account in the sum of $387.51 to the Court Registry; and for such other and further relief as this Court deems just and proper.

KCP-4162295-1

                HUSCH BLACKWELL LLP

                */s/ Gary D. Barnes*
                Gary D. Barnes, Esq. #26976
                4801 Main, Suite 1000
                Kansas City, MO  64112
                Telephone:    (816) 983-8000
                Facsimile:     (816) 983-8080

                ATTORNEYS FOR TRUSTEE

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the MOTION TO TRANSFER FUNDS TO COURT REGISTRY was forward on October 3, 2011, via first-class U.S. Mail, postage pre-paid, or by electronic transmission, as applicable, to the following:

Office of the UST Trustee
USTPRegion13.KC.ECF@usdoj.gov

ECAST Settlement Corporation
Agent of Household Finance Corporation
P.O. Box 35480
Newark, NJ  07193-5480

                */s/ Gary D. Barnes*
                Gary D. Barnes

KCP-4162295-1